JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
38 CORPORATE PARK, SUITE B
IRVINE, CA 92714
714-474-2055
Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SONNY WILCHER<br><br>Defendant(s). | COURT NO: 92 A 20228<br><br>DEFAULT JUDGMENT |



In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from SONNY WILCHER the sum of $3,500.00 as principal, $2,315.51 as accrued prejudgment interest, $227.00 administrative charges, and $58.50 costs, plus $550.00 attorney fees for a total amount of $6,651.01, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: JUN 3 0 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _____
Deputy Clerk